Certificate Number: 17082-NJ-DE-037040337

Bankruptcy Case Number: 22-16466



17082-NJ-DE-037040337

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 13, 2022, at 1:34 o'clock PM MST, CALVERT L SIMS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  December 13, 2022              By:     /s/Orsolya K Lazar

                                      Name:   Orsolya K Lazar

                                      Title:  Executive Director