Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−16466−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Calvert L. Sims
   15 Vought Avenue
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−9233

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 08/16/2022 and a confirmation hearing on such Plan has been scheduled for 01/11/2023.

The debtor filed a Modified Plan on 01/06/2023 and a confirmation hearing on the Modified Plan is scheduled for 02/08/2023@10AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: January 9, 2023
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16466-MBK |
| Calvert L. Sims | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 09, 2023 | Form ID: 186 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Calvert L. Sims, 15 Vought Avenue, Freehold, NJ 07728-1621 |
| 519682800 | + | C&E Tax Lien Fund, PO Box 5021, Philadelphia, PA 19111-0521 |
| 519682803 | + | Receivable Collection Services LLC, 170 Jericho Turnpike, Floral Park, NY 11001-2024 |
| 519682806 | + | US Bank Cust for CCTS Capital, 1415 Route 70 East, Suite 500, Cherry Hill, NJ 08034-2210 |
| 519682805 | + | US Bank as Custodian for, ACTLIEN Holding inc., 50 S 16th Street, Suite 2050, Philadelphia, PA 19102-2516 |
| 519682807 | + | Wakefield & Associates, 409 Bearden Park C, Knoxville, TN 37919-7406 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 09 2023 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 09 2023 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519682799 | + | Email/Text: bsimmons@amsher.com | Jan 09 2023 20:34:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 519682801 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 09 2023 20:34:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 519745290 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 09 2023 20:34:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519682802 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 09 2023 20:34:00 | PNC Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401 |
| 519682804 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Jan 09 2023 20:34:00 | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Hamilton Square, NJ 08690-1717 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 09, 2023 | Form ID: 186 | Total Noticed: 13 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 11, 2023         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:

**Name**              **Email Address**

Albert Russo
                      docs@russotrustee.com

Brian C. Nicholas
                      on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Monika Mazurczyk
                      on behalf of Debtor Calvert L. Sims monikam@tomeslawfirm.com
                      mazurczykmr92561@notify.bestcase.com;ftomes@tomeslawfirm.com;mariad@tomeslawfirm.com

U.S. Trustee
                      USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4