Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−16466−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Calvert L. Sims
   15 Vought Avenue
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−9233

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 18, 2023.

Dated: January 18, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re:<br>Calvert L. Sims<br>    Debtor | Case No. 22-16466-MBK<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 18, 2023 | Form ID: plncf13 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Calvert L. Sims, 15 Vought Avenue, Freehold, NJ 07728-1621 |
| 519682800 | + | C&E Tax Lien Fund, PO Box 5021, Philadelphia, PA 19111-0521 |
| 519682803 | + | Receivable Collection Services LLC, 170 Jericho Turnpike, Floral Park, NY 11001-2024 |
| 519682806 | + | US Bank Cust for CCTS Capital, 1415 Route 70 East, Suite 500, Cherry Hill, NJ 08034-2210 |
| 519682805 | + | US Bank as Custodian for, ACTLIEN Holding inc., 50 S 16th Street, Suite 2050, Philadelphia, PA 19102-2516 |
| 519682807 | + | Wakefield & Associates, 409 Bearden Park C, Knoxville, TN 37919-7406 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 18 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 18 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519682799 | + | Email/Text: bsimmons@amsher.com | Jan 18 2023 20:46:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 519682801 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 18 2023 20:45:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 519745290 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 18 2023 20:45:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519682802 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 18 2023 20:45:00 | PNC Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401 |
| 519682804 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Jan 18 2023 20:45:00 | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Hamilton Square, NJ 08690-1717 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 18, 2023 | Form ID: plncf13 | Total Noticed: 13 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 20, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2023 at the address(es) listed below:

**Name**              **Email Address**

Albert Russo
docs@russotrustee.com

Brian C. Nicholas
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Monika Mazurczyk
on behalf of Debtor Calvert L. Sims monikam@tomeslawfirm.com
mazurczykmr92561@notify.bestcase.com;ftomes@tomeslawfirm.com;mariad@tomeslawfirm.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4