| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-16466 / MBK**

Calvert L. Sims

Petition Filed Date: 08/16/2022
341 Hearing Date: 09/15/2022
Confirmation Date: 01/11/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/19/2022 | $855.00 | 19424532523 | 10/18/2022 | $855.00 | 6763900466 | 10/31/2022 | $855.00 | |
| 11/30/2022 | $855.00 | | 12/30/2022 | $855.00 | | 02/01/2023 | $855.00 | |
| 03/01/2023 | $855.00 | | 03/07/2023 | $1,248.00 | | | | |

**Total Receipts for the Period:  $7,233.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,233.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Calvert L. Sims | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Monica Mazurczyk, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $1,750.00 | $1,750.00 | $0.00 |
| 1 | PNC BANK<br>»» P/15 VOUGHT AVE/1ST MTG | Mortgage Arrears | $105,924.80 | $3,000.38 | $102,924.42 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,233.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $4,750.38 | Current Monthly Payment: | $2,098.00 |
| Paid to Trustee: | $531.04 | Arrearages: | $1,238.00 |
| Funds on Hand: | $1,951.58 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

**View your case information online for *FREE*!**  Register today at www.ndc.org or scan this code to get started.

