Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024  
**Chapter 13 Case No. 22-16466 / MBK**

Calvert L. Sims

Petition Filed Date: 08/16/2022  
341 Hearing Date: 09/15/2022  
Confirmation Date: 01/11/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2023 | $855.00 | | 03/01/2023 | $855.00 | | 03/07/2023 | $1,248.00 | |
| 03/29/2023 | $2,098.00 | | 05/01/2023 | $2,098.00 | | 05/30/2023 | $2,098.00 | |
| 06/29/2023 | $2,098.00 | | 07/31/2023 | $2,098.00 | | 08/30/2023 | $2,098.00 | |
| 09/29/2023 | $2,098.00 | | 10/30/2023 | $2,098.00 | | 11/30/2023 | $2,098.00 | |
| 01/02/2024 | $2,098.00 | | | | | | | |

**Total Receipts for the Period: $23,938.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $28,213.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Calvert L. Sims | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Monika Mazurczyk<br>»» ATTY DISCLOSURE | Attorney Fees | $1,750.00 | $1,750.00 | $0.00 |
| 1 | PNC BANK<br>»» P/15 VOUGHT AVE/1ST MTG | Mortgage Arrears | $105,924.80 | $22,428.28 | $83,496.52 |
| 0 | FRANCES A. TOMES, ESQ.<br>»» SUB OF ATTY 1/17/24 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-16466 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,213.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $24,178.28 | Current Monthly Payment: | $2,098.00 |
| Paid to Trustee: | $2,110.85 | Arrearages: | $1,238.00 |
| Funds on Hand: | $1,923.87 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

