| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 22-16466 / MEH**

Calvert L. Sims

Petition Filed Date: 08/16/2022
341 Hearing Date: 09/15/2022
Confirmation Date: 01/11/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2024 | $2,098.00 | | 01/29/2024 | $2,098.00 | | 02/29/2024 | $2,098.00 | |
| 04/03/2024 | $2,098.00 | | 04/29/2024 | $2,098.00 | | 06/03/2024 | $2,098.00 | |
| 07/01/2024 | $2,098.00 | | 07/29/2024 | $2,098.00 | | 08/29/2024 | $2,098.00 | |
| 09/30/2024 | $2,098.00 | | 10/29/2024 | $2,098.00 | | 12/02/2024 | $2,098.00 | |
| 12/31/2024 | $2,098.00 | | | | | | | |

**Total Receipts for the Period:  $27,274.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $53,389.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Calvert L. Sims | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Monika Mazurczyk, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,750.00 | $1,750.00 | $0.00 |
| 1 | PNC BANK<br>»»  P/15 VOUGHT AVE/1ST MTG | Mortgage Arrears | $105,924.80 | $46,064.36 | $59,860.44 |
| 0 | Frances A. Tomes, Esq.<br>»»  SUB OF ATTY 1/17/24 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-16466 / MEH**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $53,389.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $47,814.36 | Current Monthly Payment: | $2,098.00 |
| Paid to Trustee: | $3,654.97 | Arrearages: | $1,238.00 |
| Funds on Hand: | $1,919.67 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

