UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Frances A. Tomes, Esq.
Tomes Law Firm, PC
17 Broad Street
Suite 3
Freehold, NJ 07728
(732) 333-0681

| | |
|---|---|
| In Re: | Case No.: _____22-16466_____ |
| Calvert L. Sims, | Judge: _____Hall_____ |
| Debtor. | Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.   ☒ Motion for Relief from the Automatic Stay filed by _____PNC Bank_____ , creditor,

   A hearing has been scheduled for _____1/14/2026_____, at __9 am__.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2.   I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
I can resume payments in February 2026 and am requesting that the arrears be capitalized into the plan.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 1/8/2026                                                     /s/ Calvert L. Sims
                                                                            Debtor's Signature

Date: _____                          _____
                                                                            Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*